UNITED STATES DISTRICT COURT   **SUPPRESSED**   **FILED**
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

NOV - 7 2019

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **4:19CR934 AGF/NAB** |
| DEJON JACKSON, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about October 28, 2019, in the City of St. Louis, within the Eastern District of Missouri,

**DEJON JACKSON,**

did knowingly escape from Dismas House, a facility to which he was lawfully confined by the direction of the Attorney General of the United States by virtue of a judgment and commitment of the United States District Court for the Eastern District of Missouri upon the felony conviction in Cause No. 4:16 CR 444 CEJ.

In violation of Title 18, United States Code, Section 751(a).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
THOMAS J. MEHAN, #28958MO
Assistant United States Attorney